IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMAL A. JENKINS,                              No. C-11-2104 TEH (PR)

       Plaintiff,

     v.                                          ORDER OF TRANSFER

JAMES A. YATES, et. al.,

       Defendant(s).

_____/

     Plaintiff, a prisoner presently incarcerated at Pleasant Valley State Prison in Coalinga, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional rights.  Doc. #1.

     A substantial part of the events or omissions giving rise to the claim(s) occurred in Fresno County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

//

1     Accordingly, in the interest of justice and pursuant to 28
2 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3 the United States District Court for the Eastern District of
4 California.
5     The Clerk shall transfer this matter terminate all pending
6 motions as moot and close the file.
7
8     IT IS SO ORDERED.
9
10 DATED   _05/16/2011_         _____
                                THELTON E. HENDERSON
11                              United States District Judge

26 G:\PRO-SE\TEH\CR.11\Jenkins-11-2104-transfer-caed.wpd

**2**